(Reap. Dec. 11118)

MAHER-APP & COMPANY v. UNITED STATES

Entry Nos. 1349; 2957; 3768.

(Decided December 21, 1965)

*Stone, Pigman & Benjamin* for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

NICHOLS, Judge: The appeals for reappraisement, enumerated in the schedule of cases, attached hereto and made a part hereof, are before me on the following stipulation of counsel for the respective parties:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties hereto, subject to the approval of the Court, that the merchandise covered by the appeals for reappraisement enumerated on the Schedule of Cases attached hereto and made a part hereof, consists of Carnival throw-away necklets, Assortment No. 200, exported from Czechoslovokia between August 1, 1954, and November 30, 1954.

IT IS FURTHER STIPULATED AND AGREED that the merchandise, the facts, and the issues in the appeals for reappraisement enumerated in the Schedule of Cases attached hereto and made a part hereof are the same in all material respects as the merchandise, the facts, and the issues in the case of *Superior Merchandise Co.* v. *United States*, 54 Cust. Ct. 781, A.R.D. 185, 100 Advance Treasury Decisions, No. 14, p. 55, and that the record in said case may be incorporated and made a part of the record herein.

IT IS FURTHER STIPULATED AND AGREED that at the time of exportation of the instant merchandise to the United States, the market value or the price at which such or similar merchandise was freely offered for sale to all purchasers in the principal market of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for export to the United States, including the cost of all containers and coverings of whatever nature, and all other costs, charges and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, was the invoiced unit value of 18¼ cents per dozen, plus packing, as invoiced, and that there was no higher foreign value for such or similar merchandise at the time of exportation.

IT IS FURTHER STIPULATED AND AGREED that all the merchandise covered by the appeals for reappraisement was entered prior to February 28, 1958, and that these appeals for reappraisement may be deemed submitted for decision on this stipulation.

In view of this stipulation and on the authority of the decision cited, I find and hold that export value, as that value is defined in section 402a(d) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, 70 Stat. 943, is the proper basis for the determination of value of the merchandise involved herein and that said value is the invoice unit value of 18¼ cents per dozen, plus packing, as invoiced.

Judgment will be rendered accordingly.